IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02775-RPM-KMT

DIANA ANDERSON,

    Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC., a Pennsylvania corporation,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the parties by and through their undersigned attorneys of record and for their Notice of Settlement and hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay his or its own attorney's fees and costs once the Plaintiff has received the settlement funds and the settlement document has been executed by the parties and delivered to all counsel. The parties expect this to happen by February 18, 2011.

Dated: February 9, 2011.

Respectfully submitted,

| s/ David M. Larson | s/ Laura A. Hass |
|---|---|
| David M. Larson, Esq. | Laura A. Hass, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Treece Alfrey Musat & Bosworth, PC |
| Colorado Springs, Colorado 80903 | 999 18th Street, Suite 1600 |
| Telephone: (719) 473-0006 | Denver, CO 80202 |
| Attorney for the Plaintiff | Telephone: (303) 292-2700 |
| | Attorney(s) for the Defendant |